UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.:  05-247 |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| JOSUE CONTRERAS-MACEDAS, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 1546(a) |
| | : | (Possession of Fraudulent Documents |
| | : | Prescribed for Authorized Stay or |
| | : | Employment in the United States) |
| | : | |
| | : | 18 U.S.C. § 1028A(a)(1) |
| | : | (Aggravated Identity Theft) |

JUN 28 2005

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about May 4, 2005, within the District of Columbia, defendant **JOSUE CONTRERAS-MACEDAS** did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a false Social Security card, knowing that document to be forged, counterfeited, altered, and falsely made.

(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of Title 18, United States Code, Section 1546(a)).

## COUNT TWO

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated as if set forth herein.

2. On or about May 4, 2005, within the District of Columbia, defendant **JOSUE CONTRERAS-MACEDAS** did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count One of this indictment, and such means of identification consisted of a false Social Security card with a Social Security number that is fully known by the Grand Jury and identified herein by the last four digits, "8902."

(**Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1)).

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia