# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA<br>V.<br>**Josue Contreras-Macedas** | DOCKET NO: **05-247** | MAGIS. NO: |
|---|---|---|
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>**Josue Contreras-Macedas** | |
| DOB:     PDID: | | **FILED** |
| WARRANT ISSUED ON    Indictment | DISTRICT OF ARREST | JUL 1 4 2005 |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States)

(Aggravated Identity Theft)

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 1546(a)
18 U.S.C. § 1028A(a)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: *Faula*<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>*John M Faula* | DATE ISSUED:<br>June 28, 2005 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>JUN 2 8 2005 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>6-28-05 | NAME AND TITLE OF ARRESTING OFFICER<br>Sean McLeod   SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>7-14-05 | | |

104592