UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Josue Contreras Macedas

Registration No.

CRIMINAL NO: 05-247

*[handwritten: DET HRNG and WRITTEN FINDINGS WAIVED on the Record]*

**ORDER**

It is hereby ordered that the Defendant Josue Contreras Macedas be committed to the custody of the Attorney General or a designated representative for confinement in the corrections facility separate, to the extent practical, apart from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a Court of the United States of America or at the request of the United States Attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

SO ORDERED, this 14th day of July, 2005.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge