UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Case No.: 05-0247 (RMU)
:
JOSUE CONTRERAS-MACEDAS, :
:
Defendant.

**FILED**

**AUG 9 - 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CRIMINAL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this 9th day of August, 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before _____;

Oppositions    on or before _____; and

Replies    on or before _____; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on _Sept 19 2005_, at _9:45_;

A motions hearing    on _____, at _____; and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at http://www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge