UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal Case No.: 05-0247 (RMU) |
| JOSUE CONTRERAS-MACEDAS, : | |
| Defendant. : | |

**FILED**
SEP 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

It is this 14th day of September 2005,

**ORDERED** that the status hearing in the above-captioned case scheduled for September 19, 2005 at 9:45 am is hereby **VACATED** and **RESCHEDULED** for September 19, 2005 at 1:30 pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge