**FILED**

SEP 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA      :

                    :

      v.                  :        Criminal Case No.: 05-0247 (RMU)

                    :

JOSUE CONTRERAS-MACEDAS,      :

        Defendant.

## CRIMINAL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is

this 9th day of August, 2005,

      **ORDERED** that the parties file all:

Pretrial Motions\Notices      on or before _October 3, 2005_ ;

Oppositions      on or before _October 17 2005_ ; and

Replies      on or before _October 24, 2005_ ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on _Oct. 11, 2005_ , at _9:45_ ;

A motions hearing      on _Dec. 6 2005_ , at _10 am_ ; and it is

      **ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued

for this case and posted at http://www.dcd.uscourts.gov/RMUrbina-page.html.

      **SO ORDERED**.

                            Ricardo M. Urbina
                            United States District Judge