UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case No: 05-0247 (RMU) |
| JOSUE CONTRERAS-MACEDAS, : | |
| Defendant. : | |

## MOTION FOR NOTICE OF INTENT TO INTRODUCE
## UNCHARGED MISCONDUCT AND PRIOR CONVICTIONS

Comes now JOSUE CONTRERAS-MACEDAS and moves for an order directing the government to provide notice of its intent to use evidence of prior arrests, convictions, or bad acts. This motion is made under Fed. R. Evid. 404(b) and Fed. R. Crim. P. 16.

In addition, JOSUE CONTRERAS-MACEDAS moves for production of all evidence, documents, records of judgments and convictions, photographs and tangible evidence, and information pertaining to any judgments and convictions or prior bad acts. This request also includes his "rap" sheet and/or NCIC computer check on the name JOSUE CONTRERAS-MACEDAS or any other name or alias the government believes was used by him in the past.

### POINTS AND AUTHORITIES

Evidence of a prior record is available under Fed. R. Crim. P. 16(a)(1)(B). Evidence of prior similar acts is discoverable under Fed. R. Crim. P. 16(a)(1)(C) and Fed. R. Evid. 404(b) and 609.

        Respectfully submitted,
        ANTHONY D. MARTIN

By:   *[signature]*

        Anthony D. Martin, 5422
        7841 Belle Point Drive
        Greenbelt, MD 20770
        (301) 220-3700

        *Attorney for JOSUE CONTRERAS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion To Provide Notice of Intent to Use Uncharged Misconduct and/or Prior Bad Acts was sent by e-mail, regular mail postage pre-paid or facsimile to the following individuals:

    Frederick W. Yette, Esquire
    United States Attorney's Office
    555 4th Street, NW
    Washington, DC  20530

        *[signature]*
        Anthony D. Martin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|     Plaintiff, : | |
| v. : | Case No: 05-0247   (RMU) |
| JOSUE CONTRERAS-MACEDAS, : | |
|     Defendant. : | |

**ORDER**

This matter is before the court because of a filing of a request for 404(b) NOTICE. It appearing to the court that good cause has been shown for the relief requested.

IT IS ORDERED this _____ day of _____ 2005, that before introducing any evidence of other crimes or bad acts that the government first provide notice pursuant to Fed.R.Evid. 404(b) to the defendant of its intent to introduce such evidence.

_____
J   U   D   G   E