UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case No: 05-0247  (RMU) |
| JOSUE CONTRERAS-MACEDAS, : | |
| Defendant. : | |

### MOTION TO PRESERVE NOTES, REPORTS AND EVIDENCE

Comes now JOSUE CONTRERAS and moves for an order directing the government to preserve any notes, reports and evidence that may be related to this case. This motion is made pursuant to *California v. Trombetta,* 104 S.Ct. 2528 (1984).

### POINTS AND AUTHORITIES

1. *California v. Trombetta,* 104 S.Ct. 2528 (1984)
2. *United States v. Riley,* 189 F.3d 802, 806 (9th Cir. 1999)
3. 18 USC §3500

Respectfully submitted,
ANTHONY D. MARTIN

By: _____
Anthony D. Martin, 362-537
7841 Belle Point Drive
Greenbelt, MD 20770
(301) 220-3700

*Attorney for JOSUE CONTRERAS*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that a copy of the foregoing **MOTION TO PRESERVE NOTES, REPORTS AND EVIDENCE** was hand delivered, sent by facsimile and/or postage pre-paid to the following addresses:

            Frederick W. Yette, Esquire
            United States Attorney's Office
            555 4th Street, NW
            Washington, DC  20530

on Monday, October 03, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Case No: 05-0247  (RMU) |
| JOSUE CONTRERAS-MACEDAS, : | |
| Defendant. : | |

## ORDER

This matter is before the court because of a filing of a MOTION TO PRESERVE NOTES, REPORTS AND EVIDENCE. It appearing to the court that good cause has been shown for the relief requested.

IT IS ORDERED this _____ day of _____2004, that the motion is granted and

IT IS FURTHER ORDERED, that the government make such notes available to the court for review if they are not turned over to the defense before trial

_____
J   U   D   G   E