## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. : 05-0247 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSUE CONTRERAS-MACEDAS,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |
| | : | |
| | : | |

## MOTION TO LATE-FILE RESPONSE TO MOTION FOR NOTICE OF INTENT TO INTRODUCE UNCHARGED MISCONDUCT AND PRIOR CONVICTIONS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests permission of the Court to late-file the attached Response to Motion for Notice of Intent to Introduce Uncharged Misconduct and Prior Conviction.  As grounds for the Motion, the government states:

1.  The Court ordered the parties to file motions by October 3, 2005, responses by October 17, 2005 and replies by October 24, 2005.  Through oversight, the undersigned AUSA simply failed to file the government's responses by the October 17 due date.

2.  On October 24, 2005, the undersigned AUSA contacted defense counsel, Anthony Martin, Esq., who stated that he did not oppose the government's request to  submit it's responses on this date.

3.  The government apologizes to the Court and counsel for any inconvenience for the submission of a late response.  However, the government does not believe that the defendant will be prejudiced by the late submission since the motions hearing is set for December 6, 2005, and the

government will not oppose a request by the defendant to submit any replies after the October 24 due

date.

WHEREFORE, the government respectfully requests that the Court grant the motion to late-

file the government's response.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058


By: _____

Frederick Yette, DC Bar # 385391
Assistant U.S. Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530
(202) 353-1666
Frederick.Yette@usdoj.gov