**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. : 05-0247 (RMU)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **JOSUE CONTRERAS-MACEDAS,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |
| | **:** | |
| | **:** | |
| | **:** | |

**RESPONSE TO MOTION FOR NOTICE OF INTENT TO INTRODUCE
UNCHARGED MISCONDUCT AND PRIOR CONVICTIONS**

The United States, by and through its attorney, the United States Attorney for the District of

Columbia, responds to the Defendant's Motion for Notice of Intent to Introduce Uncharged

Misconduct and Prior Convictions, and respectfully moves this Court to admit certain other crimes

evidence pursuant to Rule 404(b), Fed. R. Evid., and in accordance with Drew v. United States, 118

U.S. App. D.C. 11, 16, 331 F.2d 85, 89 (D.C. Cir. 1964), and its progeny.  The government seeks

to introduce evidence that prior to the defendant's arrest, the arresting immigration agents observed

the defendant engaging in activity consistent with the sale of illegal identity documents in the area

of Columbia Road, N.W., area of Washington, D.C.  In support of its motion, the United States relies

on the following points and authorities and such other points and authorities as may be cited at the

hearing regarding this evidence.

The defendant is a Mexican national who entered, and is present, in the United States

illegally.  On May 4, 2005, three special agents of U.S. Immigration and Customs Enforcement

arrested the defendant in the 1700 block of Columbia Road, along with two other men, Enrique

Sanchez-Garcia and Fidel Pacheco-Flores. On that date, the agents conducted surveillance of the area to see whether anyone was selling illegal identity documents. The agents observed the defendant and Fidel Pacheco-Flores engaging in activity that was consistent with the sale, or attempted sale, of illegal identity documents. Accordingly, the agents approached the defendant and questioned him. During the questioning, the defendant admitted that he is an illegal alien from Mexico. The defendant was placed under arrest for being present in the country illegally.[1]

The government seeks to introduce evidence under Rule 404(b), Fed. R. Crim. Proc., that the defendant appeared to be engaging in the sale of fake identity documents in the area of Columbia Road, N.W. in order to explain the arresting officer's reasonable suspicion of the defendant, and his subsequent stop and questioning of the defendant that resulted in his arrest.    "Under the law of this circuit, 'Rule 404(b) is a rule of inclusion rather than exclusion,' . . . and it is 'quite permissive,' excluding evidence only if it is offered for the sole purpose of proving that a person's actions conformed to his or her character.'" U.S. v. Long, 328 F.3d 655, 660-61 (D.C. Cir. 2003) (citations and quotations omitted).

In this case, the agents from U.S. Immigration and Customs Enforcement will explain that they have investigated the sale of illegal identity documents on Columbia Road, N.W., for several years, and that the defendant was one of the individuals they identified as possibly selling illegal documents. This evidence would be admissible to (1) give a jury a logical narrative of events that occurred, (2) provide a basis for the agent's lawful stop of the defendant, and (3) bolster the

---

[1] Later, an agent looked through the defendant's wallet and discovered an fraudulent social security bearing a number ending in 8902 and a false name. According to the Social Security Administration, that Social Security number is assigned to a five year-old girl. Therefore, the defendant is in violation of 18 USC §§ 1546(a) and 1028A(a)(1).

credibility of the arresting agent, if attacked.

WHEREFORE, the government respectfully requests that the government be permitted to introduce the other crimes evidence relevant to this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number 451058


By: _____
Frederick Yette, DC Bar # 385391
      Assistant U.S. Attorney
      United States Attorney's Office
      555 4th Street, N.W.
      Washington, D.C.  20530
      (202) 353-1666
      Frederick.Yette@usdoj.gov