IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. : 05-0247 (RMU)** |
| : | |
| **v.** : | |
| : | |
| **JOSUE CONTRERAS-MACEDAS,** : | |
| : | |
| **Defendant** : | |
| : | |
| : | |
| : | |

## ORDER

Upon consideration of the government's Motion to Late-File its Response to Motion for Notice of Intent to Introduce Uncharged Misconduct and Prior Conviction, and for good cause shown,

It is this _____ day of _____, 2005

ORDERED, that the Motion to Late-File is granted, and the government's Response to Motion for Notice of Intent to Introduce Uncharged Misconduct and Prior Conviction shall be filed with the Clerk of the Court.

_____
RICARDO M. URBINA
U.S. District Court Judge