## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :  CRIMINAL NO. : 05-0247 (RMU)

              :

      v.           :

              :

JOSUE CONTRERAS-MACEDAS,    :

              :

      Defendant   :

              :

              :

              :

## RESPONSE TO DEFENDANT'S MOTION
## FOR DISCOVERY AND PRODUCTION OF DOCUMENTS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court deny the Defendant's Motion for Discovery and Production of Documents. In support of its motion, the United States states the following.

The defendant seeks the production of all evidence, and other information, including the defendant's "rap" sheet.[1]

The Government has timely provided discovery in three installments, two of which preceded Defendant's Motion, and one of which occurred immediately upon its filing. The Government has provided the defendant with discovery in letters dated July 19, July 28, and October 3, 2005. The Government has fully complied with its obligations under Federal Rule of Criminal Procedure 16 requiring it to disclose, *inter alia*, defendant's statements, prior record, material possessions, and relevant reports and examinations. The government will continue to comply with its continuing duty

---

[1]The defendant has filed a separate Motion to Preserve Notes, Reports and Evidence. The government will not submit a separate response to that motion, but will simply note that it will comply with its legal obligations.

to disclose information required by Rule 16.  Moreover, the government stands ready and willing

to discuss additional discovery requests with counsel directly.

      WHEREFORE, the government respectfully requests that the Court deny the defendant's

Motion for Discovery and Production of Documents and deny the request for a hearing contained

therein.

                            Respectfully submitted,

                            KENNETH L. WAINSTEIN
                            United States Attorney
                            D.C. Bar Number 451058

By:         _____

Frederick Yette, DC Bar # 385391
          Assistant U.S. Attorney
          United States Attorney's Office
          Federal Major Crimes Section
          555 4th Street, N.W.
          Washington, D.C.  20530
          (202) 353-1666
          Frederick.Yette@usdoj.gov