IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. : 05-0247 (RMU) |
| | : |
| **v.** | : |
| | : |
| **JOSUE CONTRERAS-MACEDAS,** | : |
| | : |
| **Defendant** | : |
| | : |
| | : |
| | : |

**ORDER**

Upon consideration of the government's Motion to Late-File its Response to Motion for Discovery and Production of Documents, and for good cause shown,

It is this _____ day of _____, 2005

ORDERED, that the Motion to Late-File is granted, and the government's Response to the Motion for Discovery and Production of Documents shall be filed with the Clerk of the Court.

_____
RICARDO M. URBINA
U.S. District Court Judge