IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. : 05-0247 (RMU) |
| v. | : |
| JOSUE CONTRERAS-MACEDAS, | : |
| Defendant | : |

FILED

OCT 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the government's Motion to Late-File its Response to Motion for Discovery and Production of Documents, and for good cause shown,

It is this 25th day of October, 2005

ORDERED, that the Motion to Late-File is granted, and the government's Response to the Motion for Discovery and Production of Documents shall be filed with the Clerk of the Court.

_____
RICARDO M. URBINA
U.S. District Court Judge