IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. : 05-0247 (RMU) |
| v. | : |
| JOSUE CONTRERAS-MACEDAS, | : |
| Defendant | : |

FILED
OCT 2 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the government's Motion to Late-File its Response to Motion for Notice of Intent to Introduce Uncharged Misconduct and Prior Conviction, and for good cause shown,

It is this 25th day of October, 2005

ORDERED, that the Motion to Late-File is granted, and the government's Response to Motion for Notice of Intent to Introduce Uncharged Misconduct and Prior Conviction shall be filed with the Clerk of the Court.

_____
RICARDO M. URBINA
U.S. District Court Judge