UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Case No.: 05-0247 (RMU) |
| JOSUE CONTRERAS-MACEDAS, | : |
| Defendant. | : |

FILED
NOV 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 14th day of November 2005,

**ORDERED** that the motions hearing in the above-captioned case scheduled for December 6, 2005 is hereby **VACATED** and **RESCHEDULED** for Monday, December 5, 2005 at 11:15 am.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge