UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :   Criminal Case No.: 05-0247 (RMU)
                                  :
JOSUE CONTRERAS-MACEDAS,           :
                                  :
         Defendant.               :

FILED
DEC 5 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is this 5 day of December 2005,

**ORDERED** that a Status hearing in the above-captioned case shall take place on Jan. 30, 2005 at 1:45.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge