CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  )
)
)
vs.  )  Criminal No. 05-0247
)
Josue Contreras Macedas )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____ 30 JAN 06
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge