UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) DOCKET NO.: CR-1:05-00247
)
CONTRERAS-MACEDAS, Josue )

ORDER

**FILED**

MAR 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The U.S. Probation Office completed and disclosed the Presentence Report on February 22, 2006. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant.

Accordingly, it is by the Court, this 20th day of March, 2006,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

3/20/06
_____
DATE